George Rentz and J. V. Tarver, Plaintiffs in Error, v. C. E. Hill, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Marion County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

H. M. Hampton, for Plaintiffs in Error;

W. K. Zewadski, for Defendant in Error.

––––––––

Waterman Company, a Corporation, Plaintiff in Error, v. J. H. Van Harlingen, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Duval County.

Writ of Error dismissed on motion of counsel for Defendant in Error.

Geo. U. Walker & Son, for Plaintiff in Error;

M. W. Lewis, for Defandant in Error.

––––––––

Standard Oil Company, Plaintiff in Error, v. Oscar C. Nelson, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Escambia County.

Per Curiam Decisions Without Opinions.

Writ of Error dismissed on motion of counsel for the respective parties.

Watson & Pasco, for Plaintiff in Error;

John P. Stokes and R. P. Reese, for Defendant in Error.

———

Carlos Rivero, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Monroe County.

Writ of Error dismissed on motion of the Attorney General.

No appearance for Plaintiff in Error;

Attorney General, for the State.

———

*Ex Parte,* J. G. Crosland.

Original Proceedings.

Petition for a Writ of Prohibition denied by the Court.

Atkinson, Gramling & Burdine and Fred T. Myers, for Petitioner.

———

*State ex rel.* Haddie V. Banks, *et al.,* Relators, v. M. F. Horne, Circuit Judge, etc., Respondent.